# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.81.168.247 | AT&T Internet Services | 2011-06-03: 04:02:44 AM |
| 67.121.209.48 | AT&T Internet Services | 2011-05-18: 04:29:11 AM |
| 68.126.204.146 | AT&T Internet Services | 2011-06-03: 07:21:32 PM |
| 68.127.118.133 | AT&T Internet Services | 2011-05-04: 04:54:57 PM |
| 69.107.102.11 | AT&T Internet Services | 2011-05-13: 02:21:11 AM |
| 69.107.91.219 | AT&T Internet Services | 2011-05-10: 05:15:13 PM |
| 69.108.96.77 | AT&T Internet Services | 2011-07-02: 03:08:15 AM |
| 69.227.70.219 | AT&T Internet Services | 2011-05-14: 10:48:41 PM |
| 69.231.135.0 | AT&T Internet Services | 2011-04-25: 11:31:08 AM |
| 71.139.12.128 | AT&T Internet Services | 2011-07-01: 04:45:58 AM |
| 76.200.129.112 | AT&T Internet Services | 2011-05-09: 06:26:51 AM |
| 76.217.161.132 | AT&T Internet Services | 2011-04-27: 03:45:51 AM |
| 76.230.233.239 | AT&T Internet Services | 2011-05-01: 02:46:01 AM |
| 76.254.41.180 | AT&T Internet Services | 2011-04-27: 08:31:24 PM |
| 99.183.240.55 | AT&T Internet Services | 2011-05-22: 08:36:44 AM |
| 99.183.242.47 | AT&T Internet Services | 2011-06-02: 10:50:01 PM |
| 99.183.243.142 | AT&T Internet Services | 2011-06-02: 02:56:56 AM |
| 99.24.161.31 | AT&T Internet Services | 2011-05-23: 07:07:01 AM |
| 99.41.79.188 | AT&T Internet Services | 2011-06-30: 05:40:18 AM |
| 24.180.49.171 | Charter Communications | 2011-07-01: 09:08:02 PM |
| 24.205.30.192 | Charter Communications | 2011-06-30: 03:59:02 AM |
| 66.215.158.202 | Charter Communications | 2011-05-11: 05:30:39 AM |
| 68.113.62.22 | Charter Communications | 2011-05-31: 11:41:07 PM |
| 71.83.208.158 | Charter Communications | 2011-04-26: 10:19:56 AM |
| 50.12.167.32 | Clearwire US | 2011-06-22: 04:58:00 PM |
| 74.213.246.188 | Color Broadband | 2011-06-21: 05:28:46 AM |
| 24.23.196.99 | Comcast Cable Communications | 2011-06-05: 09:14:34 AM |
| 24.23.222.237 | Comcast Cable Communications | 2011-04-29: 04:34:16 AM |
| 24.23.6.73 | Comcast Cable Communications | 2011-04-25: 02:40:53 AM |
| 24.4.119.18 | Comcast Cable Communications | 2011-05-14: 07:50:10 AM |
| 24.4.144.239 | Comcast Cable Communications | 2011-06-15: 04:42:28 AM |
| 24.5.13.184 | Comcast Cable Communications | 2011-05-07: 10:19:15 PM |
| 24.5.38.201 | Comcast Cable Communications | 2011-05-16: 07:21:41 PM |
| 24.6.249.176 | Comcast Cable Communications | 2011-04-27: 10:47:33 AM |
| 24.6.73.58 | Comcast Cable Communications | 2011-05-26: 04:10:13 AM |
| 24.7.38.186 | Comcast Cable Communications | 2011-05-28: 08:22:16 AM |
| 24.7.48.145 | Comcast Cable Communications | 2011-06-10: 11:29:41 PM |
| 67.161.161.80 | Comcast Cable Communications | 2011-05-21: 10:13:13 AM |
| 67.161.66.97 | Comcast Cable Communications | 2011-05-02: 10:37:48 PM |
| 67.164.16.233 | Comcast Cable Communications | 2011-06-20: 07:08:29 PM |
| 67.166.151.220 | Comcast Cable Communications | 2011-06-09: 11:09:01 PM |
| 67.169.107.114 | Comcast Cable Communications | 2011-05-08: 10:25:06 AM |
| 67.180.246.80 | Comcast Cable Communications | 2011-05-26: 03:56:24 PM |
| 67.180.56.26 | Comcast Cable Communications | 2011-05-31: 09:50:05 PM |
| 67.181.128.221 | Comcast Cable Communications | 2011-05-08: 07:26:32 AM |
| 67.187.248.194 | Comcast Cable Communications | 2011-05-06: 05:13:15 PM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 71.195.97.154 | Comcast Cable Communications | 2011-05-29: 10:42:42 PM |
| 71.198.158.39 | Comcast Cable Communications | 2011-05-03: 02:56:46 PM |
| 71.198.194.113 | Comcast Cable Communications | 2011-05-09: 11:55:51 PM |
| 71.202.113.106 | Comcast Cable Communications | 2011-04-28: 04:33:47 PM |
| 71.202.249.178 | Comcast Cable Communications | 2011-04-30: 06:53:17 PM |
| 71.204.161.2 | Comcast Cable Communications | 2011-04-25: 12:40:22 AM |
| 76.103.48.164 | Comcast Cable Communications | 2011-05-12: 11:16:17 PM |
| 76.126.155.41 | Comcast Cable Communications | 2011-06-04: 12:06:03 PM |
| 76.126.34.165 | Comcast Cable Communications | 2011-05-30: 07:00:28 AM |
| 76.126.36.154 | Comcast Cable Communications | 2011-06-15: 02:31:30 PM |
| 76.126.66.211 | Comcast Cable Communications | 2011-04-30: 01:04:44 AM |
| 76.127.112.56 | Comcast Cable Communications | 2011-05-23: 10:34:38 PM |
| 76.20.11.145 | Comcast Cable Communications | 2011-05-10: 02:46:30 AM |
| 98.192.186.87 | Comcast Cable Communications | 2011-04-26: 05:18:27 PM |
| 98.207.183.169 | Comcast Cable Communications | 2011-05-10: 03:09:56 AM |
| 98.207.248.39 | Comcast Cable Communications | 2011-05-06: 01:22:22 PM |
| 98.207.38.44 | Comcast Cable Communications | 2011-05-23: 01:59:42 AM |
| 98.208.108.119 | Comcast Cable Communications | 2011-05-08: 04:03:58 PM |
| 98.210.218.152 | Comcast Cable Communications | 2011-05-24: 04:31:30 AM |
| 98.210.25.174 | Comcast Cable Communications | 2011-05-21: 08:31:00 AM |
| 98.234.115.111 | Comcast Cable Communications | 2011-07-02: 12:40:27 AM |
| 98.234.128.170 | Comcast Cable Communications | 2011-07-02: 09:46:27 AM |
| 98.234.197.192 | Comcast Cable Communications | 2011-04-29: 07:28:36 PM |
| 98.234.38.72 | Comcast Cable Communications | 2011-05-08: 07:04:03 AM |
| 98.234.59.149 | Comcast Cable Communications | 2011-04-25: 11:30:39 AM |
| 98.238.203.2 | Comcast Cable Communications | 2011-05-19: 07:47:29 AM |
| 98.248.213.208 | Comcast Cable Communications | 2011-05-10: 04:54:51 AM |
| 74.0.33.82 | Covad Communications | 2011-05-14: 11:54:23 AM |
| 174.65.129.8 | Cox Communications | 2011-05-01: 06:02:03 AM |
| 68.101.114.52 | Cox Communications | 2011-05-07: 02:39:15 AM |
| 68.105.66.166 | Cox Communications | 2011-06-05: 10:06:24 AM |
| 68.111.244.226 | Cox Communications | 2011-05-04: 01:46:17 AM |
| 68.4.128.139 | Cox Communications | 2011-05-03: 03:27:01 AM |
| 68.5.122.173 | Cox Communications | 2011-04-25: 08:07:02 PM |
| 68.5.188.159 | Cox Communications | 2011-05-03: 05:27:08 PM |
| 68.7.130.203 | Cox Communications | 2011-04-29: 11:31:40 PM |
| 68.8.57.53 | Cox Communications | 2011-05-26: 06:24:20 AM |
| 68.99.178.9 | Cox Communications | 2011-05-12: 10:29:43 AM |
| 70.181.85.58 | Cox Communications | 2011-06-21: 11:35:00 AM |
| 72.197.231.3 | Cox Communications | 2011-05-16: 12:36:51 PM |
| 72.197.43.207 | Cox Communications | 2011-06-11: 07:28:57 AM |
| 72.211.231.103 | Cox Communications | 2011-05-05: 01:33:15 AM |
| 72.220.176.44 | Cox Communications | 2011-04-26: 04:26:59 PM |
| 72.220.42.29 | Cox Communications | 2011-04-30: 01:35:26 AM |
| 98.176.15.188 | Cox Communications | 2011-05-30: 03:40:07 AM |
| 98.176.78.121 | Cox Communications | 2011-05-07: 09:13:47 PM |
| 98.182.27.239 | Cox Communications | 2011-05-02: 09:49:20 PM |

| | | |
|---|---|---|
| 184.12.166.192 | Frontier Communications of America | 2011-04-25: 02:44:50 PM |
| 66.160.133.102 | Advanced Colocation | 2011-05-25: 09:16:02 PM |
| 216.131.67.143 | Black Oak Computers | 2011-06-14: 09:22:09 AM |
| 216.73.202.109 | Road Runner | 2011-06-11: 08:11:18 PM |
| 24.152.144.91 | Road Runner | 2011-06-05: 09:30:06 AM |
| 66.74.148.93 | Road Runner | 2011-07-03: 07:01:28 AM |
| 72.134.56.176 | Road Runner | 2011-05-26: 02:19:11 AM |
| 75.82.145.11 | Road Runner | 2011-06-11: 04:13:31 PM |
| 75.82.164.179 | Road Runner | 2011-04-28: 02:28:56 PM |
| 76.89.209.32 | Road Runner | 2011-04-26: 03:55:22 PM |
| 76.93.234.43 | Road Runner | 2011-06-12: 06:38:16 AM |
| 76.93.64.35 | Road Runner | 2011-06-01: 09:07:14 PM |
| 76.94.179.141 | Road Runner | 2011-06-29: 02:56:31 AM |
| 98.149.244.247 | Road Runner | 2011-05-13: 01:19:11 AM |
| 98.155.5.243 | Road Runner | 2011-05-14: 10:08:40 PM |
| 98.155.69.12 | Road Runner | 2011-05-08: 08:26:28 PM |
| 65.78.149.112 | Surewest Broadband | 2011-05-16: 04:33:39 AM |
| 50.0.10.220 | Sonic | 2011-05-01: 12:46:57 AM |
| 173.138.0.12 | Sprint PCS | 2011-05-10: 12:14:12 PM |
| 70.1.203.188 | Sprint PCS | 2011-05-10: 02:05:37 PM |
| 209.237.232.57 | Unitedlayer | 2011-06-10: 01:06:27 PM |
| 64.203.113.177 | Unwired Broadband | 2011-04-30: 11:27:24 PM |
| 108.0.206.111 | Verizon Online | 2011-06-09: 10:51:28 PM |
| 108.0.228.54 | Verizon Online | 2011-06-07: 02:04:12 PM |
| 173.51.134.140 | Verizon Online | 2011-05-07: 08:59:14 PM |
| 173.51.230.43 | Verizon Online | 2011-05-10: 01:37:15 AM |
| 173.55.165.23 | Verizon Online | 2011-04-28: 11:16:35 PM |
| 173.58.236.154 | Verizon Online | 2011-06-13: 02:58:59 PM |
| 173.60.151.215 | Verizon Online | 2011-05-05: 04:31:41 AM |
| 71.119.20.224 | Verizon Online | 2011-05-23: 06:19:50 PM |
| 71.160.221.11 | Verizon Online | 2011-05-03: 06:08:10 PM |
| 71.160.42.209 | Verizon Online | 2011-05-06: 01:04:24 PM |
| 71.254.136.153 | Verizon Online | 2011-05-14: 04:33:02 AM |
| 71.254.136.216 | Verizon Online | 2011-05-09: 06:06:11 AM |
| 72.67.35.126 | Verizon Online | 2011-04-29: 01:42:10 AM |
| 72.67.45.174 | Verizon Online | 2011-05-31: 07:14:16 PM |
| 74.100.52.128 | Verizon Online | 2011-05-09: 11:36:58 AM |
| 96.229.241.32 | Verizon Online | 2011-05-07: 09:49:28 AM |
| 96.240.42.210 | Verizon Online | 2011-05-21: 07:16:16 PM |
| 98.119.217.224 | Verizon Online | 2011-05-06: 04:12:31 AM |
| 98.119.57.124 | Verizon Online | 2011-05-05: 02:21:28 PM |
| 76.14.29.230 | Wave Broadband | 2011-07-05: 09:18:00 PM |