**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                         408.535.5363

**CASE NUMBER: 5-11-cv-03336-JF**
**CASE TITLE: AF Holdings LLC v. Does 1-135**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the San Jose division, to the the Honorable Lucy H. Koh for all further proceedings.
Counsel are instructed that all future filings shall bear the initials LHK immediately after the case number.
ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: September 26, 2011

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects
Log Book Noted                                     Entered in Computer

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA