| | |
|---|---|
| 1 | Brett L. Gibbs, Esq. (SBN 251000) |
| 2 | Steele Hansmeier PLLC.<br>38 Miller Avenue, #263 |
|   | Mill Valley, CA 94941 |
| 3 | 415-325-5900 |
| 4 | blgibbs@wefightpiracy.com |

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | |
| | ) | **No. 5:11-CV-03336-LHK** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| DOES 1-69, | ) | **WITH PREJUDICE AS TO CERTAIN** |
| | ) | **ANONYMOUS DOE DEFENDANTS** |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN ANONYMOUS DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, with prejudice, all claims brought in this action against anonymous Doe Defendants associated with the Internet Protocol addresses listed in <u>Exhibit A</u> to this Notice of Dismissal. The Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully Submitted,

STEELE HANSMEIER PLLC

**DATED: October 11, 2011**

By:     /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 11, 2011, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                  /s/ Brett L. Gibbs
                                                 BRETT L. GIBBS, ESQ.