# EXHIBIT A

| IP Address |
|---|
| 67.121.209.48 |
| 76.20.11.145 |
| 98.234.38.72 |