```
1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   Attorney for Plaintiff
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) | No. C-11-03336 LHK |
| ) | |
| Plaintiff, ) | NOTICE OF VOLUNTARY |
| v. ) | DISMISSAL OF ACTION WITHOUT |
| ) | PREJUDICE ONLY AS TO TWO |
| DOES 1-135, ) | ANONYMOUS DOE DEFENDANTS |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE ONLY AS TO TWO ANONYMOUS DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims *without prejudice* brought in this action against two (2) anonymous Doe Defendants associated with the following Internet Protocol ("IP") address: 71.198.194.113 and 24.205.30.192. As noted on Exhibit A to Plaintiff's Complaint, these IP addresses were issued by Comcast Cable Communications and Charter Communication, respectively, and Doe Defendants were personally observed by Plaintiff's agents using these IP addresses in the particular swarm identified in this case unlawfully infringing Plaintiff's copyrighted

works in May and June of 2011, respectively.[1]  Further, from other information gained through Plaintiff's agents' proprietary technology and general research, this Doe Defendants appear to have not only infringed upon Plaintiff's copyrighted works in this case, but also may have used the same IP address to infringe upon other works produced by Plaintiff.  Plaintiff hereby chooses to dismisses Doe Defendants associated with IP addresses 71.198.194.113 and 24.205.30.192 *without prejudice* to pursue that individual in a separate lawsuit.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff still maintains its claims against the other active anonymous Doe Defendant(s) remaining in this action, and reserves the right to name such individuals and/or serve them when in possession of their identifying information in this case.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: November 20, 2011**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

---

[1] This of course, is not the only times these Doe Defendants were in the swarm, but rather the only times personally observed and his or her available information captured by Plaintiff's agents' proprietary technology.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 20, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                                /s/ Brett L. Gibbs
                                                                Brett L. Gibbs, Esq.