Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, )<br>)<br>　　　Plaintiff, )<br>　　v. )<br>)<br>DOES 1-135, )<br>)<br>　　　Defendants. )<br>)<br>)<br>) | No. **5:11-CV-03336-LHK**<br><br>**DECLARATION OF BRETT L. GIBBS** |

**DECLARATION OF BRETT L. GIBBS IN SUPPORT OF
RESPONSE TO ORDER TO SHOW CAUSE**

I, Brett L. Gibbs, declare as follows:

1.　I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2.　On August 5, 2011, Plaintiff issued subpoenas to the respective ISPs associated with this matter.

3.　I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those

matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: January 24, 2012**

By:     /s/ Brett L. Gibbs