1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1   Brett L. Gibbs, Esq. (SBN 251000)
    Of Counsel to Prenda Law Inc.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         NORTHERN DISTRICT OF CALIFORNIA

9                                SAN JOSE DIVISION

10

11
    AF HOLDINGS LLC,                    )        **No. C-11-03336 LHK (HRL)**
12                                       )
              Plaintiff,                 )
13       v.                              )        **DECLARATION OF BRETT L. GIBBS**
                                         )
14  DOES 1-135,                          )
                                         )
15            Defendant(s).              )
                                         )
16  _____    )

17                       **DECLARATION OF BRETT L. GIBBS**

18

19          I, Brett L. Gibbs, declare as follows:

20          1.    I am an attorney at law licensed to practice in California, and admitted in the

21  Northern District of California.  My business address is 38 Miller Avenue, #263, Mill Valley, CA,

22  94941.  I am counsel of record for Plaintiff in this matter.

23          2.    Per Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a),

24  counsel for Plaintiff submits this Declaration to notify the Court that, despite reasonable efforts,

25  Plaintiff's counsel was unable to obtain a Joint Case Management Conference Statement in this case.

26  Filing a Joint Statement was impossible due to the fact that Plaintiff was the only party in this case.

27

28
                                               2
    _____
                     DECLCARATION OF BRETT GIBBS          No. C-11-03336 LHK (HRL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.      I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true.  If called upon to testify, I can and will competently testify as set forth above.

**DATED:  February 14, 2012**

By:      ____/s/  Brett L. Gibbs,_____

DECLCARATION OF BRETT GIBBS                    No. C-11-03336 LHK (HRL)