Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br> v. <br><br> DOES 1-135, <br><br> Defendants. | No. C-11-03336 LHK (HRL) <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;
(2) Discussed the available dispute options provided by the Court and private entities; and
(3) Considered whether this case might benefit from any available dispute resolution options.

Dated: February 14, 2012  \_\_/s/ Salt Marsh, AF Holdings Owner\_\_\_
PARTY

Dated: February 14, 2012  \_\_\_/s/ Brett L. Gibbs, Esq., Trial Counsel\_\_\_\_
COUNSEL