UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

            Plaintiff(s),

     v.

DOES 1-135,

           Defendant(s).
_____/

CASE NO. 11-03336 LHK (HRL)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

X    not yet reached an agreement to an ADR process

☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   FEBRUARY 22, 2012

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| BRETT GIBBS | AF Holdings LLC | 415-341-5318 | BLGIBBS@WEFIGHTPIRACY.COM |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 2-14-12                            /s/ Brett L. Gibbs, Esq.
                                                                            Attorney for Plaintiff

Dated: _____                           _____
                                                                         Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled