UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | Case No.: 11-CV-03336-LHK |
| Plaintiff, | ) ) | MINUTE ORDER |
| v. | ) ) | |
| DOES 1-135, | ) ) | |
| Defendants. | ) ) | |

Clerk:  Martha Parker Brown          Plaintiff's Attorney: Brett Langdon Gibbs
Reporter:  Lee-Anne Shortridge
Length of hearing:   34 minutes

A hearing on the Court's January 19, 2012 Order to Show Cause was held on February 22, 2012. A further case management conference was set for May 23, 2012.

At the hearing, the Court ordered Plaintiff's counsel to file, by 6:00 p.m. on February 24, 2012, a sworn declaration(s) under penalty of perjury. The declaration(s) must include the following information:

- The date that Plaintiff's counsel served subpoenas on each ISP and the date the ISP responded.
- The IP addresses for which Plaintiff's counsel has made a settlement offer and how that offer was communicated, e.g. by mail, phone, or email. The movants (for motions to quash) and objectors to whom Plaintiff's counsel has made a settlement offer and how that offer was communicated.
- A list of ISPs not complying with Magistrate Judge Lloyd's expedited discovery order, and for which IP addresses the ISP is not complying. Include the reason, if any, given by the ISP for not complying.
- A list of ISPs not complying with a subpoena, and for which IP addresses the ISP is not complying. Include the reason, if any, given by the ISP for not complying.
- A list of the ISPs for which there is a pending motion to quash.
- Whether, when, and by what means Plaintiff's counsel has contacted John Doe 134, the movant in ECF No. 25.
- Whether, when, and by what means Plaintiff's counsel has contacted or attempted to contact Messrs. Ferlito and Smith.
- A list of the IP addresses for which Plaintiff's counsel received subpoena returns and whether the ISP provided all the categories of information requested by the subpoena. If the ISP did not provide all categories of information, identify which categories of information were not provided.
- A list of the BitTorrent copyright infringement cases involving multiple joined John Doe Defendants filed Plaintiff's counsel's law firm or predecessor firm in federal court. Identify the case by name, case number, court, and filing date. For each case, indicate how many Doe Defendants were actually served.

**IT IS SO ORDERED.**

Dated: February 22, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03336-LHK
MINUTE ORDER