Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br> v. <br><br> DOES 1-135, <br><br> Defendants. | No. 5:11-CV-03336-LHK <br><br> **DECLARATION OF CHARLES E. PIEHL** |

**DECLARATION OF CHARLES E. PIEHL IN RESPONSE TO MINUTE ORDER**

I, Charles E. Piehl, declare as follows:

1. I am the custodian of records for Prenda Law Inc.

2. On February 23, 2012, the Court ordered the filing of this declaration.

3. On information and belief, the attached Exhibit A accurately reflects the records kept by Prenda Law Inc. as of February 24, 2012.

4. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

DATED: February 24, 2012

By: _____