Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DOES 1-135,<br><br>　　　　Defendants. | **No. 5:11-CV-03336-LHK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL ANONYMOUS DOE DEFENDANTS *EXCEPT* THE DOE DEFENDANTS ASSOCIATED WITH THE IP ADDRESSES SPECIFICALLY REFERENCED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL ANONYMOUS DOE DEFENDANTS *EXCEPT* THE DOE DEFENDANTS ASSOCIATED WITH THE IP ADDRESSES SPECIFICALLY REFERENCED**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, *without* prejudice, all claims brought in this action against all anonymous Doe Defendants in this case *except* those Doe Defendants associated with the following Internet Protocol ("IP") addresses:

1. 108.0.206.111;
2. 108.0.228.54;
3. 173.51.134.140;
4. 173.51.230.43;
5. 173.55.165.23;

6. 173.58.236.154;

7. 173.60.151.215;

8. 71.119.20.224;

9. 71.160.221.11;

10. 71.160.42.209;

11. 71.254.136.153;

12. 71.254.136.216;

13. 72.67.35.126;

14. 72.67.45.174;

15. 74.100.52.128;

16. 96.229.241.32;

17. 96.240.42.210;

18. 98.119.217.224; and

19. 98.119.57.124.

The Doe Defendants being dismissed without prejudice have neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                            Respectfully Submitted,

                                            PRENDA LAW INC.,

**DATED: February 28, 2012**

                                By:      /s/ Brett L. Gibbs, Esq.

                                      Brett L. Gibbs, Esq. (SBN 251000)
                                      Of Counsel for Prenda Law Inc.
                                      38 Miller Avenue, #263
                                      Mill Valley, CA 94941
                                      blgibbs@wefightpiracy.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                        /s/ Brett L. Gibbs
                                    BRETT L. GIBBS, ESQ.